IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY SNEAD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-11-200 |
| | § | |
| ALLSTATE INDEMNITY COMPANY | § | |

## ORDER OF DISMISSAL

On this day came on to be heard the Stipulation of Dismissal filed by the Parties.

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff's cause of action in the above entitled and numbered cause as to the Defendant be and is hereby dismissed with prejudice against the Plaintiff refiling same with costs assessed against the party incurring same.

SIGNED this the _____ day of 5/2/12, 2012.

_____
JUDGE PRESIDING